# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ELIZABETH A. LAKEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MENTOR CORPORATION,<br><br>    Defendant. | Civil Action No. 1:05-CV-0929-WBH |

## MENTOR CORPORATION'S NOTICE OF SERVING EXPERTS' REPORTS

Mentor Corporation ("Mentor") hereby gives notice that it has served the following experts' reports on Plaintiffs' counsel pursuant to Rule 26(a)(2) and this Court's Order:

1. James M. Anderson, Ph.D., M.D. (Pathology/Biomedical Engineering);

2. Robert L. Sheridan (FDA/Regulatory);

3. Robert G. Kaplan, Ph.D., B.C.F.E., D.A.B.P.S. (Psychology);

4. Jeanne Prin Wyatt, RN, CPSN (Plastic Surgery/Device Evaluation);

5 Marta L. Villarraga, Ph.D. (Biomechanical Engineering).

Mentor is not attaching the reports to this Notice due to their length.

Plaintiffs have not produced certain information and tangible things – such as the subject breast implants – including materials from Dr. Pierre Blais and Dr. Susan Kolb that were required to be produced pursuant to Rule 26(a)(2) and this Court's Scheduling Order and Order of January 5, 2006.  Mentor reserves the right to have its experts supplement their opinions if additional materials are made available in the future.

Dated:      January 23, 2006              /s/ Dustin B. Rawlin
                                          Attorney for Defendant Mentor
                                          Corporation

                                          Lucas W. Andrews
                                          Jones Day
                                          1420 Peachtree Street, N.E.
                                          Atlanta, GA 30309-3053
                                          Telephone:  (404) 581-8054
                                          Facsimile:  (404) 581-8330

                                          OF COUNSEL:

                                          John Q. Lewis, *pro hac vice*
                                          Dustin B. Rawlin, *pro hac vice*
                                          JONES DAY
                                          North Point
                                          901 Lakeside Avenue
                                          Cleveland, OH  44114-1190
                                          Telephone:  (216) 586-3939
                                          Facsimile:  (216) 579-0212

- 3 -

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ELIZABETH A. LAKEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENTOR CORPORATION, <br><br> Defendant. | Civil Action No. 1:05-CV-0929-WBH |

### CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2006, I electronically filed Mentor Corporation's Notice of Serving Experts' Reports using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Frances L. Spinelli
>Roger C. Wilson

Respectfully submitted this 23rd day of January 2006.

- 4 -

/s/ Dustin B. Rawlin
Dustin B. Rawlin
Attorney for Defendant
**MENTOR CORPORATION**

Dustin B. Rawlin
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
dbrawlin@jonesday.com